TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (480) 247-9644
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Marcia Clayton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcia Clayton,<br><br>              Plaintiffs,<br><br>      vs.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 4:14-cv-03921-KAW<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION** |

1
2    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.
3
4  Date: __2/9/15_____                    _Kandis Westmore_____
5                                            Judge: Hon. Kandis A. Westmore
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28